# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA M. RODKEY and RANDY A. RODKEY, her husband, | : | No. 3:16cv454 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 8th day of December 2016, it is hereby **ORDERED** that the defendant's motions in limine (Doc. 13 and Doc. 14) are **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**